IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DONALD SIAS, #1948601<br>*Plaintiff* | § § § | |
| VS. | § § | CIVIL ACTION NO. 4:17cv288 |
| KELLY ASHMORE,<br>*Defendant* | § § § | |

## **O R D E R**

The above-entitled and numbered civil action was referred to a United States Magistrate Judge. The Initial Report and Recommendation of Magistrate Judge Kimberly C. Priest Johnson, which contains proposed findings of fact and recommendations for the disposition of Plaintiff's declaration for entry of default and motion for default judgment, has been presented for consideration. No objections have been filed. The Court determines the findings and conclusions of the Magistrate Judge are correct.

Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

It is accordingly **ORDERED** Plaintiff's Declaration for Entry of Default (Dkt. 13) and Motion for Default Judgment (Dkt. 14) are **DENIED**.

**SIGNED** this 19th day of December, 2017.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE